

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Marina Panicheva

Case: 2:25-cv-12775
Assigned To : Berg, Terrence G.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 9/3/2025
Description: CMP MARINA PANICHEVA V UNEMPLOYMENT
INSURANCE AGENCY
(LLH)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

**v.**

Unemployment Insurance Agency

**POOR QUALITY ORIGINAL**

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Marina Panicheva |
| Street Address | 5920 Sheridan st., |
| City and County | Detroit |
| State and Zip Code | MI 48213 |
| Telephone Number | (313) 775-0146 |
| E-mail Address | panibitt@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Danielle Bartlett |
| Job or Title (if known) | claims examiner |
| Street Address | 3024 W. Grand Boulevard., |
| City and County | Detroit, |
| State and Zip Code | MI 48202 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title<br>(if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address<br>(if known) | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title<br>(if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address<br>(if known) | _____ |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. U.N. Convention Relating to the Statuse of Refugees 1951, (16) (Administrative Law Judge Tyra Wright denial of use of U.S .Court to Asylum seekers)

2. Rule 45. Subpoena (a)(1)(A)(I,II,III). (Judge's Refusal to Send notice to Plaintiff)

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual
The plaintiff, *(name)* Marina Panicheva_____,
is a citizen of the State of *(name)* Asylum seekers)_____.

        b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.    The Defendant(s)

        a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

        b.    If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Benefit payment for 20 weeks for 2024, adjusted for inflation for 2025

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1. To accept the ORDER DISMISSING APPEAL DUE TO LACK OF PROSECUTION of the Administrative Law Judge  Tyra Wright Case No.: 46654340 Dated: July 17, 2025  illegally issued without a hearing of the Court in violation of 45 U.S.C.

2. Obligate Unemployment Insurance Agency immediately pay me, Marina Panicheva,  the benefits due to me under the Law for 20 weeks of 2024 (in the amount of 7240 U.S. dollars ) .

5

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Obligate Unemployment Insurance Agency immediately pay me, Marina Panicheva, the benefits due to me under the Law for 20 weeks of 2024 (in the amount of 7240 U.S. dollars ) .

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _08 / 29_ , 20_25_

Signature of Plaintiff

Printed Name of Plaintiff _Marina Panicheva_

In the UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

Address: 231 W. Lafayette Blvd., Detroit, MI 48226

---

From: Plaintiff Marina Panicheva

Address: 5920 Sheridan st., DETROIT, MI 48213

Defendant: State of Michigan

Department of Labor and Economic Opportunity

Unemployment Insurance Agency

Address: Cadillac Place

3024 W. Grand Boulevard, Detroit, MI 48202

---

On Appeal from the Michigan Office of Administrative Hearings and Rules

Docket No: 25-022146, Case No: 46654340 (Administrative  Law Judge Tyra Wright)

TABLE OF CONTENTS

STATEMENT ............................................................................................3

EXPLANATION TO STATEME....................................................................4

ARGUMENTS.......................................................................................5-6

ASK THE DISTRICT COURT ........................................................................7

CERTIFICATE OF SERVICE ..........................................................................8

CERTIFICATE OF COMPLIANCE ..................................................................9

Statement:

On the cancellation of the ORDER DISMISSING APPEAL DUE TO LACK OF PROSECUTION of the Administrative Law Judge TYRA WRIGHT from Lansing dated July 17, 2025 Case No: 46654340 (Chapter A) District Court Detroit Michigan, and also consideration by the District Court of Detroit Michigan a financial dispute in the form of an illegal refusal by the Unemployment Insurance Agency to pay the Plaintiff Marina Panicheva the benefits required by Law.

And also cancel of the Notice of Redetermination Unemployment Insurance Agency from May 19, 2025 in the District Court of Detroit Michigan. (Chapter B)

Since the Plaintiff resides in the city of Detroit, Michigan. The Defendant is located in Detroit, Michigan. The location of the illegal actions against Plaintiff was in the city of Detroit, Michigan - this District Court Detroit Michigan  may consider this Statement.

Explanation to Statement:

In 2024, I, Marina Panicheva, and my husband, Alexey Bittir, filed an Statement to the Unemployment Insurance Agency on the payment to us of the benefits due to us by Law.

My husband and I have the same set of documents. My husband and I worked at the same time at the same job. My husband and I jointly paid all taxes. Taxes in IRS, from which each of us individually is entitled to benefits.

Decision of the Unemployment Insurance Agency was, pay my husband benefits and illegally refuse to pay me. (Chapter B)

On 6/13/ 2025, I submitted an Appeal of Redetermination to the Unemployment Insurance Agency, which Unemployment Insurance Agency redirected to the Michigan Office of Administrative Hearings and Rules. (Chapter C)

The Administrative Law Judge Tyra Whight, without holding a Court hearing, after 30 days illegally issued me a refusal to consider my Appeal of Redetermination in Administrative Court.

Arguments for the illegal actions of the Administrative Law Judge Tyra Whight:

1.    Every Judge has the burden of resolving a legal dispute. What the Administrative Law Judge Tyra Whight did not do.

2.    The Administrative Law Judge Tyra Whight states that, to me, Marina Panicheva, as an Plaintiff the Court sent a Notice regarding the date, address and nature of the Court hearing. This is not true. No one sent me such a Notice. There is no evidence that Administrative Law Judge Tyra Whight sent me Notice, the Administrative Court did not provide me with any. (Chapter A)

3.    The Administrative Law Judge Tyra Whight in ORDER DISMISSING APPEAL DUE TO LACK OF PROSECUTION, states that Judge Tyra Whight conducted the Court hearing by telephone. (Without asking the Plaintiff  agreements for a telephone Court hearing and without ensuring that the Plaintiff  has sufficient knowledge of English to participate in the Court hearing by telephone. (English is not the Plaintiff native language)).    Moreover: The Administrative Law Judge Tyra Whight claims without evidence that Judge Tyra Whight tried to call my phone for 10 minutes on July 15, 2025. This is not true.   No one called my phone from July 10, 2025 to July 22, 2025. (Chapter C)  Moreover: The Administrative Law Judge Tyra Whight  does not indicate the telephone number that Judge Tyra Whight  allegedly called on the specified date. In my Appeal of a Redetermination  to the Administrative Court , I did not indicate the Plaintiff  telephone number and and from where the Administrative Law Judge Tyra Whight could have received the number of my alleged phone, the Administrative Court does not indicate. (Chapter A)

4.    The Administrative Law Judge Tyra Whight  without having carried out a single legal, proven, procedural action of the Administrative Court, exhibited outrageous behavior, having insulted me in violation of the Law namely  «Under Section 33 of the Act,» (Failure to appear at a Court hearing). This is an insult to me as a Law-abiding person on the part of the U.S. Court.

Marina Panicheva V. VTA

CONCLUSION:

Not to send the Court's Notice to the Plaintiff in violation of Rule 45. Subpoena (a)(1)(A)(I,II,III). Do not explain how the Court hearing will take place and where. To claim without evidence, that the Court called for 10 minutes on some fake phone number. Leave the dispute unresolved. Insult the Plaintiff as a lawbreaker: It was not a legal basis for the Administrative Law Judge Tyra Whight terminate the Court process.

Marina Panicheva v. UIA

## ASK THE DISTRICT COURT:

1.     To accept the ORDER DISMISSING APPEAL DUE TO LACK OF PROSECUTION of the Administrative Law Judge  Tyra Wright Case No.: 46654340 Dated: July 17, 2025 illegally issued without a hearing of the Court in violation of Rule 45. Subpoena (a)(1)(A)(I,II,III).

2.     Obligate Unemployment Insurance Agency immediately pay me, Marina Panicheva,  the benefits due to me under the Law for 20 weeks of 2024 at the 2025 rates.

Marina Panicheva

8/13/2025

Cell phone: (313) 775-0146
Email address: panibitt@gmail.com

7

Marina Panicheva V. UIA

CERTIFICATE OF SERVICE

I, Marina Panicheva, confirm on UNITED STATES DISTRICT COURT EASTERN DISTRICT
OF MICHIGAN that certified copies of this Statements dated 8/13/2025 were sent by
U.S. Personal Service on dated 8/13/2025   to the parties:

Defendant: State of Michigan

Department of Labor and Economic Opportunity

Unemployment Insurance Agency

Address: Cadillac Place

3024 W. Grand Boulevard, Detroit, MI 48202

and

Michigan Office of Administrative Hearings and Rules

Administrative  Law Judge Tyra Wright

Address:  P.O. Box 30695, Lansing, MI 48909-8195.

Marina Panicheva

8/13/2025

8

CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains 1051 words.  This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Garamond 14 point font, a proportionally spaced typeface.

Marina Panicheva

8/13/2025

P.O. Box 30695
Lansing, MI 48909-8195

*Marina Panicheva V. UIA*

*Chapter A*

# LARA

**Docket No.:** 25-022146
**Case No.:** 46654340
**Employer:** DENZ SERVICES INC
**Claimant:** MARINA PANICHEVA
**SSN:** XXX-XX-7492

MARINA PANICHEVA
5920 SHERIDAN ST
DETROIT, MI 48213

This is an important legal document. Please have
someone translate the document.

هذه وثيقة قانونية مهمة يرجى أن يكون هناك شخص ما يترجم المستند.

এটি একটি গুরুত্বপূর্ণ আইনি ডকুমেন্ট। দয়া করে কেউ
দস্তাবেজ অনুবাদ করুন।

Este es un documento legal importante. Por favor,
que alguien traduzca el documento.

这是一份重要的法律文件，请让别人翻译文件。

Ky është një dokument ligjor i rëndësishëm. Ju
lutem, kini dikë ta përktheni dokumentin.

## ORDER DISMISSING APPEAL DUE TO LACK OF PROSECUTION

On June 16, 2025 the claimant appealed an Unemployment Insurance Agency (Agency) Redetermination issued on May 19, 2025. The Redetermination denied the claimant's request to reconsider a determination, issued on May 07, 2025, that held the claimant ineligible for benefits under Section 28(1)(c) of the Michigan Employment Security Act (Act).

Pursuant to notice, a telephone hearing was scheduled to be held on Tuesday, July 15, 2025 at 1:30 p.m. The appellant/claimant did not appear.  Danielle Bartlett, a claims examiner, appeared on behalf of the Agency. The case was dismissed at 1:40 p.m.

Under Section 33 of the Act, if the Appellant fails to appear or to prosecute the appeal, the Administrative Law Judge may dismiss the proceedings.

The appeal is dismissed for lack of prosecution.

*Tyra Wright*
_____
**TYRA WRIGHT**
**ADMINISTRATIVE LAW JUDGE**

**Dated: July 17, 2025**
Order is final unless you take action
within 30 days – see instructions below.

25-022146

*Marina Panicheva* — Chapter 13

UIA 1307
(Rev. 12-19)
GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF LABOR AND ECONOMIC OPPORTUNITY
UNEMPLOYMENT INSURANCE AGENCY

Authorized By
MCL 421.1 et seq.
SUSAN R. CORBIN
DIRECTOR

MARINA PANICHEVA
5920 SHERIDAN ST
DETROIT MI 48213-2467

**Mail Date:** **May 19, 2025**
**Letter ID:** **L0149560494**
**CLM:** **CB751991-0**
**Name:** **MARINA PANICHEVA**

## Notice of Redetermination

Case Number:      0-046-654-340
Claimant:            MARINA PANICHEVA
Separating          DENZ SERVICES INC
Employer:

BYB:        April 21, 2024
SSN:        XXX-XX-7492

Issues and Sections of Michigan Employment Security (MES) Act involved: Redetermination Denied and 32a(2).

Your non-citizen documentation confirming you are lawfully authorized to work in the United States is in question. You did not respond to the Agency's request for a copy of your work authorization document or verification that you are a United States citizen.

Under the Personal responsibility and work opportunity reconciliation act of 1996 (PRWORA) you must provide confirmation you are lawfully present in the United States and authorized to perform work for an employer. This Agency has not received any documentation indicating you are lawfully authorized to work in the United States. You do not meet the availability requirements of the MES Act.

You are ineligible for benefits under MES Act, Sec. 28(1)C) beginning April 21, 2024 and continuing until this condition no longer exists. You will not receive any benefit payments during this period.

Calculation of interest and penalty amount is shown later on this form.

If you disagree with this redetermination, refer to "Appeal Rights" on the reverse side of this form.



UIA is an Equal Opportunity Employer/Program.

Auxiliary aids, services and other reasonable accommodations are available upon request to individuals with disabilities.

Marina Panicheva v. U I A Chapters

UIA 1733
(Rev. 7-22)

Authorized by
MCL 421.1 et seq.

STATE OF MICHIGAN
**DEPARTMENT OF LABOR AND ECONOMIC OPPORTUNITY**
UNEMPLOYMENT INSURANCE AGENCY

GRETCHEN WHITMER
GOVERNOR

SUSAN CORBIN
DIRECTOR

MARINA PANICHEVA
5920 SHERIDAN ST
DETROIT MI 48213-2487

MIN: P521585009623

Check box
if appealing ☒ **Appeal of a Redetermination**
**(This is an Appeal form. If you want to protest a Determination, please use other side.)**

**Right of Appeal**
If you disagree with this redetermination you have the right to appeal requesting a hearing before an administrative law judge. If your appeal is filed after the deadline, you must include the reason your appeal is late in your statement. You can also attach copies of any documents that support your appeal.

You can submit your appeal online at **www.michigan.gov/uia** sign into MILogin to access your MiWAM and upload documents. If you wish to appeal in writing, complete Form UIA 1733. *Appeal of a Redetermination.* Include your name, case number and social security number or Michigan Identification Number (MIN) on documents submitted with your appeal. Fax the completed form UIA 1733 and any supporting documents to 1-616-356-0739 or mail to the Unemployment Insurance Agency, P.O. Box 124, Grand Rapids, MI 49501-0124. If you fax or mail your appeal, it must be signed.

1. Do you have information that you did not provided prior to the redetermination?   Yes ☐   No ☒
   If yes, provide it now.

2. Date redetermination was issued: _May 19, 2025_
   Date on Redetermination

I appeal for the following reasons:

_Refusal to pay benefits_

*If Applicable:* I did not appeal within 30 calendar days of when the redetermination was mailed because:

**Certification:** I certify that the information I have reported is true and correct. I understand that if I intentionally make a false statement, misrepresent facts or conceal material information, I may be required to pay damages and could be subject to criminal prosecution.

_Signature_ _____

_6/13/2025_
Date

**Important Advocacy Information**
An Advocate may be able to assist you at the hearing. This service is free. Some restrictions may apply. After you receive your *Notice of Hearing*, call the Advocacy Program at 1-800-638-3994 to request an advocate. Provide the Appeal Number from your *Notice of Hearing* form. If the administrative law judge (ALJ) finds that you have committed an intentional misrepresentation you must pay the cost of the advocacy fees.



*01706 2207*

LEO is an equal opportunity employer/program.

**Appeal of a Redetermination.**

I am, Marina Panicheva, an asylum seeker in the United States from 2015 years, awaiting a decision from the Board of Immigration Appeals and legally residing in the United States, permanently residing in the State of Michigan. (Chapter A).

For 7 years from 2017 to 2024 officially worked in the State of Michigan paying all taxes both to the U.S. Federal budget and to the budget of the State of Michigan.

On May 19, 2025 faced a violation of the Law against me on the part of the clerks of the Michigan Unemployment Insurance Agency (UIA).

An illegal, legally illiterate refusal of the UIA to pay me the benefits due to me for 20 weeks of 2024.

In clerk argument for the reason for refusing payment benefits, the clerk of the UIA points out that my work authorization in the United States has not been renewed (Which, within the framework of the International U.N. Convention Relating to the Status of Refugees 1951, art. 7(2), (Exemption from reciprocity) I am not obliged to renew since 2019).

At the same time, the clerk of the UIA in his letter demands from me an extended work authorization and demonstrates the Laws (sec 28(1)(c) act, 32a(2) MES) which do not require any work permit at all to receive the required benefit payments, which contradicts clerk own arguments.

ASK:

Obligate the UIA to immediately pay me the benefits due to me by Law for 20 weeks of 2024.

Applicant's argument 1

The Laws (sec 28(1)(c) act, 32a(2) MES) indicated by the clerk of the UIA   do not require a work authorization for the payment of benefits, as the clerk of the UIA arbitrarily demands.

However, the applicant Marina Panicheva is ready to explain to the Court the legal norms of work authorization in order to remove this dispute from consideration by this Court in the future.

The clerk of the UIA, refusing to pay benefits to Marina Panicheva, does not understand Immigration Law.

(There are categories of foreigners in the United States who require a work permit on a permanent basis. Example: B-2 guest worker visa. Guest worker must have work authorization   in the United States and renew it every 2 years).

The clerk of the UIA, refusing Marina Panicheva to pay benefits, does not understand the different legal categories of foreigners.

The applicant Marina Panicheva is not a Guest worker. **The applicant is a political asylum seeker protected by the** International   U.N. Convention Relating to the Status of Refugees 1951**. The applicant Marina Panicheva has been under the Jurisdiction of the** International   U.N. Convention Relating to the Status of Refugees 1951, **since 2015 to this day.**

Article 7.2 of International   U.N. Convention Relating to the Status of Refugees 1951, does not provide for limiting a refugee's rights below those of citizens for more than 3 years. This means that it does not provide for or require a refugee to renew his work authorization after 3 years of the Immigration process. (Does not oblige USCIS extend a refugee's work authorization after 3 years of official residence in the United States).

Article 7.2 of the International   U.N. Convention Relating to the Status of Refugees 1951,  obliges the Government of a Country that has joined the International U.N. Convention Relating to the Status of Refugees 1951, after 3 years, remove restrictions on refugee requirements to the level of Citizens.

Thus, for official employment in the United States, as well as for receiving benefits, Marina Panicheva since 2019 only needs Form I-765 submitted and paid to the USCIS. (Chapter B) , valid ID and social security. Marina Panicheva has all these documents (which are required by Law (sec 28(1)(c) act, 32a(2) MES) feeding UIA).

The UIA, by refusing to pay benefits to Marina Panicheva, grossly violates the requirements of both its own instructions and International   U.N. Convention Relating to the Status of Refugees 1951, which is higher than any local U.S. instructions.

Marina Panicheva V. UIA    Chapter C

Argument 2

The Law only works as it is written!

The clerk of the UIA, when refusing to pay benefits, provides the applicant with the Law (sec 28(1)(c) act, 32a(2) MES) as an argument.

"Quote of the Law"

The Law states that in order to receive benefits, a job seeker must:

1. readiness to go to work.

2. ID.

3. Social Security number.

The applicant has all three positions required by Law (sec 28(1)(c) act, 32a(2) MES)

The clerk of the UIA has no official right to demand from the applicant anything more than what is specified in the Law (sec 28(1)(c) act, 32a(2) MES)

The clerk of the UIA is the executive power, not the legislative power, and has no right to interpret the Law (sec 28(1)(c) act, 32a(2) MES) in any way other than what is stated in the Law.

Marina Panicheva V. UIA   Chapter C

**Argument 3**

**Pricindent with Alexey Bittir**

I, Marina Panicheva, have been married to Alexey Bittir for over 10 years.

In 2015, Alexey Bittir and I filed Forms I-589 together and requested political asylum in the United States. Our refugee status is handled by one Court. We have a joint bank account and we pay all taxes together as a family.

Alexey Bittir and I live in the same State, in the same city and in the same house.

Alexey Bittir and I have the same set of documents proving our identities.

To me,   Marina Panicheva, was illegally denied benefits payments.

At the same time, Alexey Bittir receives benefits from the UIA by demonstrating to his more experienced clerk on the apoitmant within the framework of the Law (sec 28(1)(c) act, 32a(2) MES) a tax declaration, ID and Social Security number.

The Court on this precedent with Alexey Bittir must understand that the specified set of documents is sufficient for the payment of benefits by the UIA.

The Court must take into attention:

The payment of benefits to Alexey Bittir and the refusal to pay benefits to Marina Panicheva are evidence to this Court of the violation of my rights to benefits by the UIA.

Marina Panicheva v. UIA

chapter D



**Муж (2)**
телефон                                    7/23/25  (i)

**Муж**
телефон                                    7/22/25  (i)

**Муж**
телефон                                    7/10/25  (i)

**Муж**
телефон                                    7.9.25  (i)

**+1 (313) 896-6094**
Детройт, Мичиган                           7/8/25   (i)

**Такси (3)**
сотовый                                             (i)

**Муж (2)**
телефон                                    6/20/25  (i)

**Муж (2)**
телефон                                    6/14/25  (i)

**Такси**
                                                    (i)

★ Избранные    ⏱ Недавние    👤 Контакты    ⚏ Клавиши    ◯◯ Автоответчик

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which case arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
            THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE
October 15, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?      ☐ Yes
                                                                                                    ☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.        Other than stated above, are there any pending or previously
        discontinued or dismissed companion cases in this or any other  ☐ Yes
        court, including state court? (Companion cases are matters in which
        it appears substantially similar evidence will be offered or the same  ☐ No
        or related parties are present and the cases arise out of the same
        transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :



FROM: Marina Panicheva
5920 Sheridan St.,
Detroit, MI 48213

TO:
U.S. District Court
231 West Lafayette Blvd
Room 564
Detroit, MI 48226

**PRIORITY MAIL**
FLAT RATE ENVELOPE
POSTAGE REQUIRED

US POSTAGE PAID
$11.00

Origin: 48212
08/30/25
2925330212-50

PRIORITY MAIL®

0 Lb 8.50 Oz

RDC 03

C052

EXPECTED DELIVERY DAY: 09/02/25

SHIP
TO:
RM 564
231 W LAFAYETTE BLVD
DETROIT MI 48226-2718

USPS TRACKING® #

9505 5121 2872 5241 4179 96

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00001000014

how2recycle.info

USPS.COM/PICKUP